**Order entered October 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00165-CV

### IN RE ESTATE OF LINDA JEAN WHETSTONE, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-00142-3**

## ORDER

Before the Court is the second motion of appellee Nancy Rhodes for an extension of time to file her brief. **The motion does not comply with rule 10, Texas Rules of Appellate Procedure.** *See* TEX. R. APP. P. 10.1(a)(5) **(motions must include "a certificate stating that the filing party conferred, or made a reasonable attempt to confer, with all other parties about the merits of the motion and whether those parties oppose the motion");** TEX. R. APP. P. 10.5(b) **(motions to extend time must include "the facts relied on to reasonably explain the need for an extension").**

We **DENY** the motion without prejudice to refiling a motion **that complies with rule 10** on or before **Tuesday, October 23, 2018**.

/s/     ELIZABETH LANG-MIERS
          JUSTICE